IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **vs.** | : | |
| | : | |
| **DWIGHT GRANT, a/k/a "BEANIE SIGEL"** | : | **NO.   10-661** |

### O R D E R

**AND NOW**, this 17th day of October, 2012, upon consideration of defense counsel's letter of October 4, 2012, and Defendant's Motion to Have the Court Order the Federal Bureau of Prison's [sic] to Designate Delaware County Prison as the Place of His Imprisonment and Order that the Defendant's Detention in Delaware County Prison Run Concurrent to His Federal Sentence (Document No. 39, filed October 5, 2012), and the Government's letter/response dated October 10, 2012,[1] following a telephone conference with the parties, through counsel, on October 17, 2012, by agreement of the parties, **IT IS ORDERED** as follows with respect to Defendant's Motion to Have the Court Order the Federal Bureau of Prison's [sic] to Designate Delaware County Prison as the Place of His Imprisonment and Order that the Defendant's Detention in Delaware County Prison Run Concurrent to His Federal Sentence:

1. That part of defendant's Motion which asks the Court to order the Federal Bureau of Prisons to designate Delaware County Prison as place of defendant's imprisonment is **DENIED**. Instead, the Court **RECOMMENDS** to the Federal Bureau of Prisons that defendant be designated to Delaware County Prison for service of his federal sentence; and,

---

[1] A copy of the Government's letter/response dated October 10, 2012, shall be docketed by the Deputy Clerk.

2. That part of defendant's Motion which seeks an order that defendant's detention in Delaware County Prison run concurrently to his federal sentence is **DENIED.**

                                      **BY THE COURT:**

                                  /s/ Jan E. DuBois
                                    **DuBOIS, JAN E., J.**