IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## BAIL STATUS AND ORDER

| | | |
|---|---|---|
| ___ INTERPRETER NEEDED | : | **STATUS HEARING** |
| | | |
| | : | March 15, 2013 |
| | | ESR OPERATOR: C. Wardlaw |
| | | |
| UNITED STATES OF AMERICA | : | AUSA Anita Eve |
| | | |
| v. | : | Cr No: 10-661 |
| | | |
| DWIGHT GRANT | : | Elizabeth Toplin |
| | : | [] CJA Appointed |
| | | [] Retained |
| | | [X] Defenders' Assn. Apptd. |

After hearing held this day pursuant to the Federal Rules of Criminal Procedure, or after hearing pursuant to government's motion, the bail status as to the above-named defendant is as follows:

    [] The Government's Motion for Temporary Detention is Granted. A detention hearing and are scheduled for .

    [] The Defendant stipulated to [] probable cause and/or [] pretrial detention.

    [] The Government's Motion for Pretrial Detention is Granted. The Defendant is detained pending further proceedings.

    [] The Government's Motion for Pretrial Detention is Denied. See attached Conditions of Release Order.

    [] The Government and Defense have agreed to conditions of release. See attached Conditions of Release Order.

    [**X**] Other -Defendant detained and remanded to federal prison, as close to Pennsylvania as possible, per Judge DuBois' previous order.

*[] AFTER A HEARING, PROBABLE CAUSE WAS FOUND BY THE COURT.*
*[] PLEA: NOT GUILTY TO ALL COUNT(S). Counsel have 14 days to file pretrial motions.*

                      *BY:*

                */s/ Carol Sandra Moore Wells*
                *CAROL SANDRA MOORE WELLS*
                *CHIEF UNITED STATES MAGISTRATE JUDGE*

**TIME IN COURT   10   MINUTES**
*(Form Revised December, 2007)*