# UNITED STATES DISTRICT COURT
for the

EASTERN District of PENNSYLVANIA

| | | |
|---|---|---|
| United States of America<br>v.<br>DWIGHT GRANT<br><br>Defendant | )<br>)<br>)<br>)<br>) | Case No.   CR 10-661-01 |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   DWIGHT GRANT   ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   X Order of the Court

This offense is briefly described as follows:

VIOLATION OF PRETRIAL RELEASE CONDITIONS

Date:   Aug 29, 2012

_____, Deputy Clerk
*Issuing officer's signature*

City and state:   PHILADELPHIA, PA

MICHAEL E. KUNZ, CLERK OF COURT
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* 3/18/2013
at *(city and state)* THORNTON, PA

Date: 3/13/2013

_____
*Arresting officer's signature*

R. MILLER
*Printed name and title*

AO 442 (Rev. 01/09) Arrest Warrant (Page 2)